| | | |
|---|---|---|
| | AUSA:   Vance | Telephone:  (810) 766-5177 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent:   Zylik, ATF | Telephone:  (810) 341-5710 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Kaleb K. Morgan

Case No26-mj-30100.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 5 and February 13, 2026 _____ in the county of _____ Genesee _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| February 5, 2026: | |
| (1) 18 U.S.C. § 922(g)(1) | (1) Felon in Possession of a Firearm |
| (2) 18 U.S.C. § 92(j) | (2) Possession of a Stolen Firearm |
| | |
| February 13, 2026: | |
| (3) 18 U.S.C. § 922(g)(1) | (3) Felon in Possession of a Firearm |
| (4) 18 U.S.C. § 922(g)(1) | (4) Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

On or about February 5, 2026, in the Eastern District of Michigan, Kaleb K. Morgan, knowing that he had been convicted of a felony offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, a Glock, Model 19XV, 9mm caliber, semi-automatic pistol, knowing and having reasonable cause to believe that the firearm was stolen.  On or about February 13, 2026, in the Eastern District of Michigan, Kaleb K. Morgan, knowing that he had been convicted of a felony offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, a Romarm/Cugir, Mini Draco, 7.62x39mm caliber, semi-automatic pistol, and a Palmetto State Armory, AR-15, multi-caliber firearm.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher Zylik, Special Agent, ATF
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: February 24, 2026 _____

_____
*Judge's signature*

City and state:  Flint, MI _____

Hon. Curtis Ivy, Jr. _____
*Printed name and title*

## AFFIDAVIT

I, Christopher Zylik, being first duly sworn, hereby depose and state as follows:

1.    I have been employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), United States Department of Justice, since January 2022, I am currently assigned to the Detroit Field Division, Flint Field Office. I am a graduate of the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. Before working for the ATF, I was employed by the Michigan Department of State Police (MSP) for approximately eight years. I held numerous positions with the MSP, including Field Training Officer and Evidence Technician. During my employment with ATF and MSP, I have conducted or participated in numerous criminal investigations focused on firearms, armed drug trafficking, violent crime, homicides, criminal street gangs, and other violations of federal law.

2.    I make this affidavit from personal knowledge based on my participation in this investigation, my review of reports and other materials prepared by those who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.    The

1

information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3.      On February 13, 2026, as part of a homicide investigation, Michigan State Police (MSP) executed a search warrant at the residence of Kaleb K. Morgan (XX/XX/2005), which is in Flint, Michigan.  MSP troopers seized a tan Glock pistol box from Morgan's bedroom.   The box was for a Glock, Model 19XV, 9mm caliber, semi-automatic pistol, serial number ALUD591.   Inside the pistol box, troopers found a magazine and nine live rounds of .380 ammunition.   Also in Morgan's bedroom, police seized a Palmetto State Armory, AR-15, multi-caliber firearm, serial number SCB320044.

4.      An MSP detective/sergeant interviewed Morgan regarding the Glock pistol box found in his bedroom, which did not contain a firearm.   Morgain first stated that he was robbed of the 9mm Glock pistol.   He then said that he purchased the Glock pistol off the streets and when he got home, he discovered that the box was empty.   Morgan then stated that Homicide Suspect-1, whose identity is known to law enforcement, purchased the Glock pistol off the streets and had Morgan keep it at his house.   Morgan stated that on February 6, 2026, Homicide Suspect-1 came to Morgan's residence and asked for the Glock pistol.   Morgan stated he gave the

2

Glock pistol to Homicide Suspect-1 and did not ask any questions.   The MSP detective/sergeant asked Morgan if there were any other guns in the residence that were not registered to his mother.   Morgan stated that there was a Draco in the garage.   Morgan stated that he's had the Draco for a long time and that he (Morgan) and Homicide Suspect-1 went half on it.   Police seized the Draco from Morgan's garage.   The Draco was identified as a Romarm/Cugir, Mini Draco, 7.62x39mm caliber, semi-automatic pistol, serial number PG-1694.

5.      I know from my review of various documents and police reports that the Glock pistol was purchased on February 5, 2026.   The purchaser of the Glock pistol reported it stolen the next day.   On February 10, 2026, a 34-year-old female was shot and killed outside of her residence in Flint.   The female victim was pregnant at the time of the shooting.   Her baby was delivered prematurely and died on February 12, 2026.   The vehicle suspected to be used in the homicide is a vehicle accessible to, and often driven by, Homicide Suspect-1.   The owner of the suspect vehicle informed police that Homicide Suspect-1 drove the vehicle on February 10, 2026, the day of the homicide.



6.      On February 20, 2026, ATF Special Agent Barry Gatza and I interviewed Morgan.   Morgan stated that he purchased the Glock for $200, and that when he got home with the box, he discovered the gun to not be in there, but there was a bag containing 7.62 caliber rounds of ammunition.

7.      I have reviewed Morgan's criminal history.   Morgan has the following prior felony conviction for which he is currently on felony probation:

- September 4, 2025 – False Pretenses-$1,000 or More But Less Than $20,000 (Genesee County Circuit Court).

8.      On February 23, 2026, I contacted Interstate Nexus Expert ATF Special Agent Dustin Hurt.   SA Hurt advised that the Glock, Model 19XV, 9mm caliber, semi-automatic pistol, the Romarm/Cugir, Mini Draco, 7.62x39mm caliber, semi-automatic pistol, and the Palmetto State Armory, AR-15, multi-caliber firearm were

4

all manufactured outside of the state of Michigan and therefore had traveled in and affected interstate commerce.

9.      Based on the foregoing, I have probable cause to believe that on or about February 5, 2026, in the Eastern District of Michigan, Kaleb K. Morgan, knowing that he had been convicted of a felony offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, a Glock, Model 19XV, 9mm caliber, semi-automatic pistol, knowing and having reasonable cause to believe that the firearm was stolen, in violation of 18 U.S.C. §§ 922(g)(1) and 922(j).

10.     Further, I have probable cause to believe that on or about February 13, 2026, in the Eastern District of Michigan, Kaleb K. Morgan, knowing that he had been convicted of a felony offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, a Romarm/Cugir, Mini Draco, 7.62x39mm caliber, semi-automatic pistol, and a

5

Palmetto State Armory, AR-15, multi-caliber firearm, in violation of 18 U.S.C. § 922(g)(1).

_____
Christopher Zylik
Special Agent
Bureau of Alcohol, Tobacco,
Firearms & Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means on this 24th day of February, 2026.

_____
Hon. Curtis Ivy, Jr.
United States Magistrate Judge

6